UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

RIGOBERTO DURAND, *individually,*

    Plaintiff,

v.                                                          **Case No. 12-61885-Civ-SCOLA**

MCGUIGAN LAW OFFICE, LLC,
*a foreign limited liability company*,

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 55, Plaintiff, RIGOBERTO DURAND, hereby respectfully requests that this Honorable Court enter a Default Final Judgment as to Defendant, MCGUIGAN LAW OFFICE, LLC ("Defendant"), and states to the Court as follows:

1. Plaintiff filed an action for violation of 15 U.S.C. § 1692, et seq. of the Fair Debt Collection Practices Act ("FDCPA") on 09/24/2012.

2. Defendant MCGUIGAN LAW OFFICE, LLC was served on 10/08/2012.

3. The aforementioned Defendant failed to respond to the instant FDCPA lawsuit.

4. That a Clerk's Default was entered on 10/26/2012.

5. The instant matter concerns the above-named Defendant's attempt to collect upon an alleged debt for personal, family, or household purposes.

6. In direct contravention of 15 U.S.C. § 1692e(11), an employee of MCGUIGAN, acting on Defendant's behalf, failed to disclose in its telephone messages that it is a debt collector. See *Foti v. NCO Fin. Sys.,* 424 F. Supp.2d 643, 646 (D.N.Y. 2006); *Belin v. Litton Loan Servicing,* 2006 U.S. Dist. LEXIS 47953 (M.D. Fla. 2006); *Leyse v. Corporate Collection Servs.,* 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

7.     Further, in violation of 15 U.S.C. § 1692d(6), an employee of MCGUIGAN, acting on Defendant's behalf, placed telephone calls to Plaintiff without making meaningful disclosure of its identity. Specifically, MCGUIGAN failed to disclose its name, that it is a debt collector, and the purpose of its call. See *Valencia v. The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U.S. Dist. LEXIS 73008 (S.D. Fla., Sept. 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.*, 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.*, 387 F. Supp.2d 1104 (D. Cal. 2005).

8.     Plaintiff maintains that the actions of Defendant exemplify the rationale behind the FDCPA; with respect to the "Congressional findings and declaration of purpose" portion of the FDCPA, The United States Congress has declared at 15 U.S.C. § 1692: *There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.*

9.     The FDCPA imposes strict liability on debt collectors who violate the Act. *Tyrell v. Robert Kaye & Assocs., P.A.,* 2004 U.S. Dist. LEXIS 16263, *9*10 (S.D. Fla., Aug. 9, 2004); *Ferguson v. Credit Mgmt. Control, Inc.,* 140 F. Supp. 2d 1293, 1297 (M.D.Fla.2001); *Kaplan v. Assetcare, Inc.,* 88 F.Supp.2d 1355, 1361 (S.D. Fla. 2000).

10.    The FDCPA imposes maximum damages of $1000.00 dollars for those debt collectors who violate the act. 15 U.S.C. § 1692k. Plaintiff's counsel has incurred costs and fees in this matter, as evidenced by the attached Affidavit of SCOTT D. OWENS (Exhibit C). Plaintiff's counsel is still compiling documents relevant to his fee request in this matter, and would ask for an additional thirty (30) days to submit his Affidavit of Fees. A proposed final judgment is also attached hereto. (*See* "Proposed Default Final Judgment" attached hereto as Exhibit "A"). The factual allegations herein are supported by an affidavit of Plaintiff attached hereto. (*See* "Declaration of RIGOBERTO DURAND" attached hereto as Exhibit "B").

WHEREFORE Plaintiff hereby requests that this Court enter a Default Final Judgment against Defendant MCGUIGAN LAW OFFICE, LLC.

Dated: November 7, 2012

/s/ Scott D. Owens
**SCOTT D. OWENS, ESQ.**
Florida Bar No.: 0597651
Attorney for Plaintiff
664 East Hallandale Beach Boulevard
Hallandale, Florida 33309
Phone 954-589-0588
Fax 954-337-0666
scott@scottdowens.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7 November 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties listed below who are not authorized to receive electronically Notices of Electronic Filing.

MCGUIGAN LAW OFFICE, LLC
c/o Registered Agent
NRAI SERVICES, INC.
515 EAST PARK AVENUE
TALLAHASSEE, FL 32301

By: /s/ Scott D. Owens
Scott D. Owens, Esq.