UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-61885-Civ-SCOLA

RIGOBERTO DURAND, *individually*,

    Plaintiff,

vs.

MCGUIGAN LAW OFFICE, LLC,
*a foreign limited liability company*,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

THIS MATTER is before the Court on the Plaintiff's Motion for Entry of Default Final Judgment. Having reviewed the motion, the record, and the relevant legal authorities, it is **ORDERED AND ADJUDGED** that the Motion (ECF No. 9) is **GRANTED**.

The Court enters Judgment in favor of the Plaintiff, RIGOBERTO DURAND, and against Defendant, MCGUIGAN LAW OFFICE, LLC, in the amount of $1.000.00 for Defendant's violation of the Fair Debt Collection Practices Act, costs in the amount of $475.00, plus post judgment interest at the rate of 11% from the date of this judgment, for which let execution issue. Plaintiff shall have thirty days from the date of this Order to submit his affidavits and other documents concerning attorney's fees.

The Court retains jurisdiction in the matter of Plaintiff's attorney fees. *See* Local Rule 7.3. The Clerk shall **CLOSE** this case and all pending motions, if any, are denied as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, on November 20, 2012.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Counsel of record*