UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:12-cv-61885-RNS

RIGOBERTO DURAND, *individually*,

    Plaintiff,

v.

MCGUIGAN LAW OFFICE, LLC,
*a foreign limited liability company*,

    Defendant.
_____/

## MOTION FOR ATTORNEY'S FEES

    Plaintiff, RIGOBERTO DURAND, hereby requests that this Court enter an order awarding attorneys' fees against Defendant, MCGUIGAN LAW OFFICE, LLC ("McGuigan"). In support of his motion, Plaintiff states:

    1.    The Complaint in the above action was filed on September 24, 2012 (Doc. 1), and McGuigan was served with the Complaint and Summons on October 2, 2012. (Doc. 5). Accordingly, McGuigan had until October 23, 2012 to appear and to answer or otherwise plead.

    2.    On October 26, 2012, default was entered against McGuigan due to its failure to appear and answer or otherwise plead to the Complaint. (Doc. 7).

    3.    On November 7, 2012, pursuant to the Court's Order of October 30, 2012 (Doc. 8), Plaintiff filed motion for entry of default final judgment McGuigan, seeking statutory damages, costs and permission to move for attorney's fees at a later date. (Doc. 9).

4. On November 21, 2012 this Court granted the motion for entry of default judgment and instructed Plaintiff to submit his affidavits and other documents concerning attorney's fees within thirty (30) days.

5. Therefore, Plaintiff requests that, pursuant to 15 U.S.C. § 1692k(a)(2)(3), his attorney be awarded his attorneys' fees of $3,285.00 incurred in this matter, Attached as Exhibit A, is the declaration of Plaintiff's attorney, Scott D. Owens, which sets forth the fees and expenses incurred in this matter, and as Exhibit B, the declaration of Erik Kardatzke as to the reasonableness of said fees.

WHEREFORE, Plaintiff respectfully requests that his attorney be awarded attorneys' fees of $3,285.00 against Defendant, McGuigan Law Office, LLC.

Respectfully,

/s/ Scott D. Owens
SCOTT D. OWENS, Esq.
664 E. Hallandale Beach Blvd.
Hallandale, FL 33009
Tel:   954-589-0588
Fax:   954-337-0666
scott@scottdowens.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 21, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail on those named below.

MCGUIGAN LAW OFFICE, LLC
c/o Registered Agent
NRAI SERVICES, INC.
515 EAST PARK AVENUE
TALLAHASSEE, FL 32301

            By: */s/ Scott D. Owens*
              SCOTT D. OWENS, Esq.