UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61885-Civ-SCOLA

RIGOBERTO DURAND,

    Plaintiff,
vs.

McGUIGAN LAW OFFICE, LLC,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

    THIS MATTER was referred to the United States Magistrate Judge Lurana S. Snow for a Report and Recommendation on the Plaintiff's Motion for Attorney's Fees (ECF No. 11). On May 13, 2013, Judge Snow issued a Report, recommending that the Motion be granted in part, and that the Plaintiff be awarded attorney's fees in the amount of $3057.00. (Report of Magistrate, ECF No. 14.) No objections have been filed and the time to object has passed. Having considered Judge Snow's Report, the record, and the relevant legal authorities, this Court finds Judge Snow's Report and Recommendation cogent and compelling.

    It is **ORDERED and ADJUDGED** that Judge Snow's Report and Recommendation (ECF No. 14) is **AFFIRMED and ADOPTED**. The Plaintiff's Motion (ECF No. 11) is **GRANTED**. The Plaintiff is awarded attorney's fees in the amount of $3057.00.

    **DONE and ORDERED** in chambers, at Miami, Florida, on June 11, 2013.

                                        ROBERT N. SCOLA, JR.
                                        UNITED STATES DISTRICT JUDGE